IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 22-cv-02292-REB-MDB

EUGENE FENNINGER, III, and
EUGENE FENNINGER, IV,

    Plaintiffs,

v.

CHRISTOPHER M. WILSON,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter before me on the **Stipulation for Dismissal With Prejudice** [#36],[1] filed June 27, 2024. After reviewing the stipulation and the record, I approve the stipulation.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#36] is approved;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs; and

3. That this case is closed.

Dated June 27, 2024, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.